EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: ron.johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 9 2003

at 2 o'clock and ___ min. P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03 00251 SOM |
| Plaintiff, ) | **INFORMATION** |
| vs. ) | |
| IVAN HERMOSURA, ) | [18 U.S.C. §§ 542 and 2] |
| Defendant. ) | |

**INFORMATION**

The United States Attorney charges that:

From on or about March 1, 1999, to and including April 5, 1999, in the District of Hawaii, the defendant, IVAN HERMOSURA, willfully and knowingly did enter and introduce, and attempt to enter and introduce, into the commerce of the United States, imported merchandise, that is approximately 1,187 cases of type 1.3 display fireworks, by means of false and fraudulent

invoice, declaration, affidavit, letter, and paper, which falsely and fraudulently stated that the shipment was to be received by defendant, IVAN HERMOSURA, dba Discount Fireworks, when in fact it was the intent of the shipper and defendant to split the shipment with approximately half the items being received and paid for by Sam Hugh of Ham Produce and Seafood, Inc., and half received and paid for by IVAN HERMOSURA, dba Discount Fireworks, the individual indicated on the entry documents, whereas, in truth and fact, Defendant well knew, that half of the shipment was to be received and paid for by Sam Hugh of Ham Produce and Seafood, Inc., in violation of Title 18, United States Code, Sections 542 and 2.

DATED: May 19, 2003   Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
RONALD G. JOHNSON
Assistant U.S. Attorney

United States v. Ivan Hermosura
Cr. No.
"Information"